[No. 59403-6-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KATRIN IGOR ZEKSEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03572-7, Laura C. Inveen, J., entered January 5, 2007. *Affirmed* by unpublished per curiam opinion.

[Nos. 59628-4-I; 59629-2-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KRISTOPHER LARSON, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 01-1-00229-0, Thomas J. Wynne, J., entered February 15, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59642-0-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO PAUL PERALTA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12344-0, Nicole MacInnes, J., entered February 21, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 59667-5-I.   Division One.   August 4, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME STEVEN TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07148-2, Michael Hayden, J., entered March 1, 2007. *Affirmed* by unpublished per curiam opinion.